**Electronically Filed**
**Supreme Court**
**SCWC-24-0000540**
**15-JUL-2025**
**09:39 AM**
**Dkt. 15 ODAC**

SCWC-24-0000540

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SAMUEL CARTER,
Petitioner/Plaintiff-Appellant,

vs.

HONOLULU POLICE DEPARTMENT, CITY & COUNTY OF HONOLULU;
CHIEF OF POLICE; WINSTON HALE; JUSTIN GONSALVES;
JORDAN REGO; KENRIC PAI; and FLORAND BLANCO,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000540; CASE NO. 1CCV-23-0000776)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Ashford, in place of Devens, J., recused)

Petitioner/Plaintiff-Appellant Samuel Carter's

(Carter) application for writ of certiorari, filed on June 12,

2025, and as supplemented on July 10, 2025, is hereby rejected.

To be clear, Carter has two appeals from the same

circuit court case, CAAP-24-0000495 and CAAP-24-0000540, because

two notices of appeal were mailed to the Circuit Court of the

First Circuit. But each appeal is on a different procedural

path because both appeals were not consolidated prior to dismissal of CAAP-24-0000540.

For example, Carter filed an opening brief and jurisdiction statement in CAAP-24-0000495. An opening brief and jurisdiction statement were not filed in CAAP-24-0000540.

This order and the dismissal of CAAP-24-0000540 does not affect the outcome of CAAP-24-0000495 because CAAP-24-0000540 and CAAP-24-0000495 were not consolidated prior to the dismissal of CAAP-24-0000540. CAAP-24-0000495 continued to be pending in the Intermediate Court of Appeals (ICA) when Carter's application for writ of certiorari was filed in this case.

Carter is directed to file documents in CAAP-24-0000495 while that case continues to be pending in the ICA.

DATED: Honolulu, Hawaiʻi, July 15, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James H. Ashford